SHANNON, AKA KELLY *v.* SEQUEECHI, SHERIFF, ET AL.

No. 1261, Misc. Decided April 25, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.

PRENSKY *v.* GELLER, JUSTICE OF THE SUPREME COURT OF THE STATE OF NEW YORK, ET AL.

No. 1273, Misc. Decided April 25, 1966.

*Basil R. Pollitt* for appellant.

*Frank S. Hogan* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.